# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

American Zurich Insurance Company,

Plaintiff(s),

v.

Sun Holdings, Inc.,

Defendant(s).

Case No.  22-cv-02744
Judge Ronald A. Guzmán

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐　in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐　in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒　other: in favor of Petitioner American Zurich Insurance Company and against Respondent Sun Holdings, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Guzman on a motion to confirm arbitration award.

Date:   8/8/2022

Thomas G. Bruton, Clerk of Court

Kerwin Posley, Deputy Clerk